**Dated: January 04, 2013**
**The following is SO ORDERED:**

_____
David S. Kennedy
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

```
                                                              IT536
            UNITED STATES BANKRUPTCY COURT
             WESTERN DISTRICT OF TENNESSEE

In re:                                         Chapter 13
DANIEL MATTHEW CHERRY
Debtor(s)                                      Case No. 12-31007-K
SSN(1) XXX-XX-9038
```

---
ORDER DIRECTING DEBTOR(S) TO MAKE PAYMENTS TO TRUSTEE
---

In this cause, a Chapter 13 plan has been filed by the above named debtor(s) and George W. Stevenson has been appointed Trustee;

IT IS THEREFORE ORDERED AND DECREED, that you begin to pay the sum $401.00 SEMI-MONTHLY beginning on your next payday to:

```
                    George W. Stevenson
                    5350 Poplar Avenue, Suite 500
                    Memphis, TN  38119-3697


                                   /s/ George W. Stevenson
                                   Trustee

CC:  George W. Stevenson
JPO
     DANIEL MATTHEW CHERRY
     1532 EDMONDSHIRE DRIVE APT #78
     MEMPHIS, TN  38134

     HERBERT D HURST
```