## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

In Re:          Daniel Matthew Cherry          Case Number 12-31007

Debtor(s).                                      Chapter 13

---

## NOTICE OF CONVERSION FROM CHAPTER 13 CASE TO CHAPTER 7 CASE AND NOTICE TO EMPLOYER TO CEASE CHAPTER 13 PAYROLL DEDUCTIONS

---

Comes now the above -named debtor(s) and hereby notifies the Court that pursuant to 11U.S.C. § 1307(a) and Bankruptcy Rule 1017(d), this Chapter 13 case is hereby converted to a Chapter 7 case, and the Chapter 13 Standing Trustee may file his Final Report.

The debtor's employer is hereby notified that any payroll deduction for payments to the Standing Chapter 13 Trustee shall cease.

/s/ Herbert Hurst
Herbert Hurst
Attorney for Debtor
POB 41497
Memphis, TN 38174-1497
(901) 725-1000

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing document was mailed to the following by first class mail with sufficient postage, or hand delivered.

Debtor
Trustee
Debtor's Employer
All interested parties on the matrix

Dated:          4/5/2013                        /s/ Herbert Hurst
                                                Herbert Hurst